UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Levonnda Henry, | : |
| | : |
| | : Civil Action No.: 2:14-cv-00243-JVB-PRC |
| Plaintiff, | : |
| v. | : |
| | : |
| Global Travel International, Inc., | : |
| | : |
| Defendant. | : |
| | : |
| | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Levonnda Henry ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 8, 2014

Respectfully submitted,

By  /s/ Amy L. Cueller

Amy L. Cueller, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 8, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Northern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Amy L. Cueller

              Amy L. Cueller